IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
DEC 06 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16-CR-20080____ |
| vs. ) | |
| ) | Title 18, United States Code, |
| TEOTIM CIZMAR, ) | Sections 2251(a) and (e); |
| ) | 2252A(a)(5)(B) and (b)(2) |
| Defendant. ) | |

### INDICTMENT

**COUNT ONE**
(Sexual Exploitation of a Child)

**THE GRAND JURY CHARGES:**

Between about January 2012 and December 2016, in Ford County, in the Central District of Illinois and elsewhere, the defendant,

**TEOTIM CIZMAR,**

attempted to or did knowingly employ, use, persuade, induce, entice or coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely a digital image file entitled "101-4080.jpg", using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
### (Possession of Child Pornography)

THE GRAND JURY CHARGES:

Between about January 2012 and December 2016, in Ford County, in the Central District of Illinois and elsewhere, the defendant,

**TEOTIM CIZMAR,**

did knowingly possess images of child pornography, as defined in Title 18, United States Code, Section 2256(8), in that the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions are indistinguishable from that of a minor engaging in sexually explicit conduct, and said images had been shipped and transported in interstate and foreign commerce, including by computer, and had been produced using materials which had been shipped and transported in interstate and foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

### FORFEITURE NOTICE

1.  The charges contained in Counts One and Two are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2.  For his engagement in the violations alleged in Counts One and Two, the defendant,

**TEOTIM CIZMAR,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

    a.    Any visual depictions or other matter containing such visual depictions, which were produced, transported, mailed, shipped, received, or possessed as alleged in Counts One and Two;

    b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One and Two of this Indictment; and

    c.    Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One and Two of this Indictment.

    3.    The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- Black ASUS laptop computer (S/N: C9NDA5545288398)
- Sony Cyber-shot digital camera, Model DSC-W90, Serial Number 8287765

- HP laptop, S/N: 5CG2070Q9P

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL.

s/Foreperson

FOREPERSON

s/John Childress

JAMES A. LEWIS
United States Attorney

KVB