IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-CR-20080 |
| ) | |
| TEOTIM CIZMAR, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**THE UNITED STATES' MOTION TO COMPEL PHOTOGRAPHS**

The United States of America, by and through its attorneys, Patrick D. Hansen, Acting United States Attorney for the Central District of Illinois, and Assistant United States Attorney Katherine V. Boyle, respectfully moves this Court for an Order compelling the defendant Teotim Cizmar to pose for photographs to be taken of his hands by a photographer employed by the Federal Bureau of Investigation. In support of this motion, the United States respectfully states as follows:

1. On December 6, 2016, a federal Grand Jury found probable cause to believe that the defendant committed crimes including sexual exploitation of a child in violation of Title 18, United States Code, Section 2251(a) and (e).

2. The indictment alleges that between about January 2012 and December 2016, the defendant attempted to or did knowingly employ, use, persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely a digital image file entitled "101-

4080.jpg". In connection with this charge, the United States alleges that the defendant took photographs, including the digital image file entitled "101-4080.jpg", of his hand touching the genitals of a female minor. The photographs at issue, which show a wrinkled man's hand touching a female minor's genitals, were discovered on a digital camera that was recovered from the defendant's person.

3. Pursuant to Title 18, United States Code, Section 2251(a), the United States bears the burden of proving that defendant is the person who used the minor to produce child pornography. Thus, at trial, the United States intends to identify the defendant as the individual whose hands were depicted in the images in question.

4. The FBI's Springfield, Illinois, Division, Champaign Resident Agency employs a field photographer.

5. The United States seeks photographs of the defendant to compare to the images depicting the charged conduct.

6. The defendant is currently in the custody of the United States Marshals Service.

7. The Fifth Amendment protects from compelled disclosure only that evidence which is testimonial or communicative in nature. *Schmerber v. California*, 384 U.S. 757 (1966). The privilege does not protect or prohibit the introduction of information obtained through an examination or display of physical characteristics. *See, e.g., Gilbert v. California*, 388 U.S. 263 (1967); *United States v. Dionisio*, 410 U.S. 1 (1973). A

suspect facing a court order to produce non-testimonial evidence has no constitutional right to refuse the order. *See In re Braughton*, 520 F.2d 765, 767 (9th Cir. 1975) (request for handwriting exemplar).

    8.    <u>Proposed Procedure for Obtaining Photographs</u>

        a) Only one male law enforcement officer will be present in the room with the male FBI photographer when the defendant's hands are photographed.

        b) The room will be closed and private.

        c) No government attorneys will be present.

        d) Defendant may decide if he would like his counsel to be present.

        e) Copies of all photographs will be provided to the defendant, through counsel.

    9.    In the event that the defendant refuses to cooperate with the collection of these photographs, the United States seeks the Court's authorization of use of reasonable force to the extent necessary to obtain these samples.

WHEREFORE, the United States requests that this Court enter an Order compelling defendant to pose for photographs to be taken of his hands by an FBI field photographer so that those photographs can be compared to hand in the image depicting the charged conduct.

Respectfully submitted,

PATRICK D. HANSEN
ACTING UNITED STATES ATTORNEY

s/Katherine V. Boyle
Katherine V. Boyle, IL Bar No. 6308630
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Telephone: (217) 373-5875
katherine.boyle@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 16, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      Elisabeth R. Pollock
      Assistant Federal Public Defender
      Federal Public Defender's Office
      300 West Main Street
      Urbana, IL  61801
      Telephone: (217) 373-0666
      Fax: (217) 373-0667
      Elisabeth_Pollock@fd.org

      s/Katherine V. Boyle
      Katherine V. Boyle, IL Bar No. 6308630
      Assistant United States Attorney
      201 S. Vine Street, Suite 226
      Urbana, Illinois 61802
      Telephone: (217) 373-5875
      katherine.boyle@usdoj.gov