E-FILED
Tuesday, 23 May, 2017  03:59:07 PM
Clerk, U.S. District Court, ILCD

FILED

MAY 2 3 2017

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-CR-20080 |
| | ) | |
| TEOTIM CIZMAR, | ) | Title 18, United States Code, |
| | ) | Sections 2251(a) and (e); |
| Defendant. | ) | 2252A(a)(5)(B) and (b)(2) |
| | ) | |

## SUPERSEDING INDICTMENT

### COUNT ONE
### (Sexual Exploitation of a Child)

**THE GRAND JURY CHARGES:**

On or about January 11, 2014, in Ford County, in the Central District of Illinois, the defendant,

## TEOTIM CIZMAR,

attempted and knowingly employed, used, persuaded, induced, enticed and coerced Minor Victim 1 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, said visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
### (Sexual Exploitation of a Child)

On or about March 13, 2014, in Ford County, in the Central District of Illinois, the defendant,

## TEOTIM CIZMAR,

attempted and knowingly employed, used, persuaded, induced, enticed and coerced Minor Victim 1 and Minor Victim 2 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, said visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE
### (Sexual Exploitation of a Child)

On or about March 18, 2014, in Ford County, in the Central District of Illinois the defendant,

## TEOTIM CIZMAR,

attempted and knowingly employed, used, persuaded, induced, enticed and coerced Minor Victim 1 and Minor Victim 2 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, said visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOUR
### (Sexual Exploitation of a Child)

On or about March 22, 2014, in Ford County, in the Central District of Illinois, the

defendant,

### TEOTIM CIZMAR,

attempted and knowingly employed, used, persuaded, induced, enticed and coerced

Minor Victim 1, Minor Victim 2 and Minor Victim 3 to engage in sexually explicit

conduct for the purpose of producing any visual depiction of such conduct, said visual

depiction was produced using materials that had been mailed, shipped, and

transported in and affecting interstate and foreign commerce by any means, including

by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FIVE
### (Possession of Child Pornography)

**THE GRAND JURY CHARGES:**

On or about December 3, 2016, in Ford County, in the Central District of Illinois,

the defendant,

### TEOTIM CIZMAR,

knowingly possessed any computer disk and other digital storage material which

contained an image of child pornography, as defined in Title 18, United States Code,

Sections 2256(8)(A) and (B), that involved a minor who had not attained twelve years of

age, said image had been shipped and transported using any means and facility of

interstate and foreign commerce, including by computer, and had been shipped and transported in and affecting interstate, and said image were produced using materials that had been mailed, shipped and transported in interstate and foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE NOTICE

1.      The charges contained in Counts One through Five are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2.      For his engagement in the violations alleged in Counts One through Five, the defendant,

**TEOTIM CIZMAR**,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

a.      Any visual depictions or other matter containing such visual depictions, which were produced, transported, mailed, shipped, received, or possessed as alleged in Counts One through Five;

b.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One through Five of this Indictment; and

       c.     Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One through Five of this Indictment.

       3.     The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- Black ASUS laptop computer, Model K55A-HI5121E, Serial No. C9NDA5545288398;
  - Containing one Seagate 1 TB hard drive device, Model ST1000LM024, Serial No. S2TBJ90C176616;

- Sony Cyber-shot digital camera, Model DSC-W90, Serial No. 8287765;
  - Containing one Sony 8GB Memory Stick Pro-HG Duo, Model MSHX8B, Serial No. KD05L1CAUVM10SA000SB1L6CA;

- HP laptop, Model Pavilion G6 – 1D48DX, Serial No. 5CG2070Q9P;
  - Containing one Seagate 500 GB hard disk drive, Model # ST9500325AS, Serial No. S2WBZFDM;

- HP laptop, Model 15 F233WM, Serial No.: 5CD53522XG
  - Containing one HGST, 500 GB hard drive device, Model WT052 HTS545050A7E680, Serial No. RB250A1C2N2ZXJ,

- One white Toshiba USB 32 GB thumb drive, Serial No. 1531157A961TBRG31S;

5

- A generic USB 32 GB thumb drive;

- A generic USB 4 GB thumb drive;

- A generic USB 32 GB thumb drive;

- A generic USB 16 GB thumb drive.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL.
s/Foreperson

s/Katherine G. Legge

FOREPERSON

PATRICK D. HANSEN
Acting United States Attorney
KVB/EMP

6