IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 16-CR-20080 |
| | ) | |
| TEOTIM CIZMAR, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION #1: Place of Manufacture

The United States of America, by Patrick D. Hansen, Acting United States Attorney, and Elly M. Peirson, Assistant United States Attorney, and the defendant, Teotim Cizmar, with his attorney, Elisabeth R. Pollock, stipulate and agree as follows:

Sony Cyber-shot Camera

If called to testify, Dan Nessleroth, Corporate Investigator and representative of Sony Corporation would testify that he has personal knowledge of the following information:

Sony Corporation is a Japanese multinational corporation headquartered in Kōnan, Minato, Tokyo. Sony designs and manufactures consumer and professional electronics, including the Cyber-shot digital camera and Handycam video recorders. The product information imprinted on the back of a Sony product that states, "Made in China," means that particular device was manufactured in China and therefore had been mailed, shipped or transported in interstate or foreign commerce.  Mr. Nessleroth was given the particular serial number for the Sony Cyber-shot camera that is

Government's Exhibit 3 and he stated that pursuant to business records he reviewed at Sony Corporation, made at or near the time the information was transmitted to a person with knowledge and kept in the course of regularly conducted business activity, Government's Exhibit 3 was manufactured in Wuxi, China.

                                                PATRICK D. HANSEN
                                                UNITED STATES ATTORNEY

By:   *s/ Elisabeth R. Pollock*        By:   *s/ Elly M. Peirson*
        Elisabeth R. Pollock                    Elly M. Peirson
        Attorney for Teotim Cizmar         Assistant United States Attorney


By:   *s/ Teotim Cizmar*
        Teotim Cizmar

2

## CERTIFICATE OF SERVICE

     I hereby certify that on June 19, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will which will send notification of such filing to counsel of record.

<u>s/Elly M. Peirson</u>
Elly M. Peirson, IL Bar No. 6298075
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Telephone: (217) 373-5875
Fax: (217) 373-5891
elly.peirson@usdoj.gov