IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 16-CR-20080 |
| TEOTIM CIZMAR, | ) | |
| Defendant. | ) | |

## STIPULATION #2: SEARCH WARRANT

The United States of America, by Patrick D. Hansen, Acting United States Attorney, Elly M. Peirson, Assistant United States Attorney, and the defendant, Teotim Cizmar, through his attorney, Elisabeth R. Pollock, stipulate and agree as follows:

<u>Search Warrant</u>

On December 2, 2016, United States Magistrate Judge Eric I. Long, for the Central District of Illinois, authorized the search of 113 Crescent Lane, in Cabery, Illinois, the residence of Teotim Cizmar.  Agents seized Government Exhibit 5, a Hewlett Packard laptop, Pavilion G6-1D48DX; Government Exhibits 6 – 10, five USB thumb drives; Government Exhibits 12 - 17, six DVD-R discs, and other digital media storage and devices pursuant to the Court's authorization.

While lawfully accessing this residence, agents took the photographs depicted in Government Exhibits group 18, which are true and accurate depictions of this residence as it appeared on December 2, 2016.

Government Exhibits 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17 and group 18 are admitted into evidence.

PATRICK D. HANSEN  
ACTING UNITED STATES ATTORNEY

| | |
|---|---|
| *s/Elisabeth R. Pollock* | *s/Elly M. Peirson* |
| Elisabeth R. Pollock | Elly M. Peirson |
| Attorney for Teotim Cizmar | Assistant United States Attorney |

## CERTIFICATE OF SERVICE

      I hereby certify that on June 19, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will which will send notification of such filing to counsel of record.

<u>s/Elly M. Peirson</u>
Elly M. Peirson, IL Bar No. 6298075
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Telephone: (217) 373-5875
Fax: (217) 373-5891
elly.peirson@usdoj.gov