IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-CR-20080 |
| ) | |
| ) | |
| TEOTIM CIZMAR, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION #3: MINOR VICTIM 2 AND MINOR VICTIM 3

The United States of America, by Patrick D. Hansen, Acting United States Attorney, Elly M. Peirson, Assistant United States Attorney, and the defendant, Teotim Cizmar, through his attorney, Elisabeth R. Pollock, stipulate and agree as follows:

Minor Victim 2

Minor Victim 2 is a female born in June 2007 and was nine years old in December 2016.

Minor Victim 3

Minor Victim 3 is a male born in July 2008 and was eight years old in December 2016.

                                                PATRICK D. HANSEN
                                                ACTING UNITED STATES ATTORNEY

                                                By:

*s/Elisabeth R. Pollock*                  *s/Elly M. Peirson*
Elisabeth R. Pollock                       Elly M. Peirson
Attorney for Teotim Cizmar           Assistant United States Attorney

## CERTIFICATE OF SERVICE

  I hereby certify that on June 19, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will which will send notification of such filing to counsel of record.

<u>s/Elly M. Peirson</u>
Elly M. Peirson, IL Bar No. 6298075
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Telephone: (217) 373-5875
Fax: (217) 373-5891
<u>elly.peirson@usdoj.gov</u>
