## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 16-CR-20080 |
| | ) | |
| vs. | ) | |
| | ) | |
| TEOTIM CIZMAR, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF ADOPTION OF GOVERNMENT'S WITNESS AND EXHIBIT LIST**

Now comes the Defendant, TEOTIM CIZMAR, by and through his attorney, ELISABETH R. POLLOCK of the Federal Public Defender's Office of the Central District of Illinois, and states:

1. Defendant adopts the Government's Witness and Exhibit Lists in their Entirety. Defendant reserves the right to call any of the Government's Witnesses at trial and to utilize any of the Government's Exhibits at trial.

2. Apart from what the Government has listed, the Defendant has no other witnesses to present at trial. The Defendant reserves his right to testify in his own defense should he choose to do so.

Respectfully Submitted,

TEOTIM CIZMAR, Defendant

BY:   /s/ Elisabeth R. Pollock
ELISABETH R. POLLOCK
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: Elisabeth_Pollock@fd.org

*CERTIFICATE OF SERVICE*

I hereby certify that on June 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Elly Peirson.

<u>/s/ Elisabeth R. Pollock</u>
ELISABETH R. POLLOCK
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: Elisabeth_Pollock@fd.org