## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 16-CR-20080 |
| TEOTIM CIZMAR, | ) |
| Defendant. | ) |

## STIPULATION #4: IDENTIFIED SERIES

The United States of America, by Patrick D. Hansen, Acting United States Attorney, Elly M. Peirson, Assistant United States Attorney, and the defendant, Teotim Cizmar, through his attorney, Elisabeth R. Pollock, stipulate and agree as follows:

NCMEC

The National Center for Missing and Exploited Children is a non-profit corporation whose mission is to help find missing children, reduce child sexual exploitation, and prevent child victimization. Since 1984, NCMEC has served as the national clearinghouse and resource center for families, victims, private organizations, law enforcement and the public on issues relating to missing and sexually exploited children.

NCMEC identified several of the images located on the devices seized from 113 Crescent Lane, in Cabery Illinois as part of an identified series of child pornography.

"JAN_FEB"

Government Exhibits 4E and 11U are images from the "Jan_Feb" series. If called to testify, Task Force Agent Christopher Chappell with the Raleigh, North Carolina Division of the FBI would state that he investigated the person who produced this identified series and met the child depicted in the image. Based on his investigation, including the producer's statement, the child was between six to seven years old when the images were produced in North Carolina and distributed widely on the Internet.

"TARA"

Government Exhibit 14J is an image from the "Tara" series. If called to testify, Special Agent Steve Paganucci with FBI Headquarters in Washington, D.C., would state he participated in an International investigation that infiltrated a group of individuals trading sexually explicit material of minors through the Internet. One series that was popularly traded among this group was the "Tara" series. Based on his investigation, including an interview with the producer of this series in Georgia, the images depict a child from the time she was five years old to the time she was nine years old. The child was nine years old on the day Agent Paganucci met and identified her as the same child from the images in the "Tara" series.

PATRICK D. HANSEN
ACTING UNITED STATES ATTORNEY

By:

| | |
|---|---|
| *s/Elisabeth R. Pollock* | *s/Elly M. Peirson* |
| Elisabeth R. Pollock | Elly M. Peirson |
| Attorney for Teotim Cizmar | Assistant United States Attorney |

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 22, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will which will send notification of such filing to counsel of record.

<u>s/Elly M. Peirson</u>
Elly M. Peirson, IL Bar No. 6298075
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Telephone: (217) 373-5875
Fax: (217) 373-5891
elly.peirson@usdoj.gov