UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-CR-20080 |
| | ) | |
| TEOTIM CIZMAR, | ) | |
| | ) | |
| Defendant. | ) | |

**THE UNITED STATES OF AMERICA'S AMENDED EXHIBIT LIST**

NOW COMES the United States of America, by its attorneys, Patrick D. Hansen, Acting United States Attorney for the Central District of Illinois, Elly M. Peirson, Assistant United States Attorney, and hereby states that it intends to introduce the following exhibits in its case-in-chief in the above captioned case:

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL     DISTRICT OF     ILLINOIS

| UNITED STATES OF AMERICA V. TEOTIM CIZMAR | | | | | AMENDED EXHIBIT LIST<br>Case Number:  16-CR-20080 |
|---|---|---|---|---|---|
| PRESIDING JUDGE<br>HON. COLIN S. BRUCE | | | | | PLAINTIFF'S ATTORNEY<br>ELLY PEIRSON |
| TRIAL DATE (S)<br>June 27, 2017 | | | | | COURT REPORTER<br>LC |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Asus Laptop, model #K55A-HI5121E |
| 2 | | | | | HP Laptop, model #15-F233WM |
| 3 | | | | | Sony Camera, Cyber-shot DSC-W90 |
| 4 | | | | | Hard drive containing derivative evidence from Exhibits 1-3 |
| 4A | | | | | Image from Exhibit 4 – "13 13" |
| 4B | | | | | Image from Exhibit 4 – "01 Alina 9 pleasureand desire" |
| 4C | | | | | Image from Exhibit 4 – "Hana1" |
| 4D | | | | | Image from Exhibit 4 – "14[2]" |
| 4E | | | | | Image from Exhibit 4 – [Carved][13139968] |
| 4F | | | | | Image from Exhibit 4 – [Carved][7176192] |
| 4G | | | | | Suspected child pornography files on QSI3 - Sony Camera |
| 4H | | | | | Image from Exhibit 4 – "DSC0433" |
| 4I | | | | | Image from Exhibit 4 – "DSC4050" |
| 4J | | | | | Image from Exhibit 4 – "DSC4061" |
| 4K | | | | | Image from Exhibit 4 – "DSC4072" |
| 4L | | | | | Image from Exhibit 4 – "DSC4079" |
| 4M | | | | | Image from Exhibit 4 – "DSC4081" |
| 5 | | | | | HP laptop, model # Pavilion G6-1D48DX |
| 6 | | | | | Toshiba USB thumbdrive (QSI6) |
| 7 | | | | | USB thumbdrive (QSI10) |
| 8 | | | | | USB thumbdrive (QSI19) |

(Defendant's Attorney: ELISABETH POLLOCK; Courtroom Deputy: TC)

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 6  Pages

| | | | | | |
|---|---|---|---|---|---|
| 9 | | | | | USB thumbdrive (QSI22) |
| 10 | | | | | USB thumbdrive (QSI27) |
| 11 | | | | | Hard drive containing derivative evidence from Exhibits 5-10 |
| 11A | | | | | Bookmarked Images taken with Sony Camera |
| 11B | | | | | Image from Exhibit 11 – "172m" |
| 11C | | | | | Image from Exhibit 11 – "179" |
| 11D | | | | | Image from Exhibit 11 – "181" |
| 11E | | | | | Image from Exhibit 11 – "002" |
| 11F | | | | | Image from Exhibit 11 – "DSC03199" |
| 11G | | | | | Image from Exhibit 11 – "DSC03206" |
| 11H | | | | | Image from Exhibit 11 – "DSC03208" |
| 11I | | | | | Image from Exhibit 11 – "DSC03217" |
| 11J | | | | | Image from Exhibit 11 – "DSC03222" |
| 11K | | | | | Image from Exhibit 11 – "DSC03225" |
| 11L | | | | | Image from Exhibit 11 – "DSC03231" |
| 11M | | | | | Image from Exhibit 11 – "DSC03233" |
| 11N | | | | | Image from Exhibit 11 – "DSC03237" |
| 11O | | | | | Video file from Exhibit 11 – "MOV3241 movie" |
| 11O-1 | | | | | Image from Exhibit 11 – screenshot from "MOV3241 movie" |
| 11O-2 | | | | | Image from Exhibit 11 – screenshot from "MOV3241 movie" |
| 11P | | | | | Video file from Exhibit 11 – "MOV3242" |
| 11P-1 | | | | | Image from Exhibit 11 – screenshot from "MOV3242" |
| 11P-2 | | | | | Image from Exhibit 11 – screenshot from "MOV3242" |
| 11Q | | | | | Video file from Exhibit 11 – "MOV3243" |
| 11Q-1 | | | | | Image from Exhibit 11 – screenshot from "MOV3243" |
| 11Q-2 | | | | | Image from Exhibit 11 – screenshot from "MOV3243" |
| 11Q-3 | | | | | Image from Exhibit 11 – screenshot from "MOV3243" |
| 11R | | | | | Image from Exhibit 11 – "12" |
| 11S-1 | | | | | Video file from Exhibit 11 – "Jt7Cpygiw8movie" file attributes |
| 11S-2 | | | | | Video file from Exhibit 11 – "Jt7Cpygiw8movie" |
| 11T | | | | | Image from Exhibit 11 – "uhfTnHF7J7" |
| 11U | | | | | Image from Exhibit 11 – "vYx2UXq20e" |
| 11V | | | | | Image from Exhibit 11 – "DSC02840" |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.      Page 2 of  6   Pages

| | | | | | |
|---|---|---|---|---|---|
| 11W | | | | | Image from Exhibit 11 – "DSC02843" |
| 11X | | | | | Image from Exhibit 11 – "DSC02845" |
| 12 | | | | | Sony DVR-R labeled "Co To" |
| 12A | | | | | Thumbnail view of Images from Exhibit 12 |
| 12B | | | | | Image from Exhibit 12 – "240x240_adc_776fe2c9(2)" |
| 12C | | | | | Image from Exhibit 12 – "DSC3217" |
| 12D | | | | | Image from Exhibit 12 – "DSC3218" |
| 12E | | | | | Image from Exhibit 12 – "DSC3219" |
| 12F | | | | | Image from Exhibit 12 – "DSC3220" |
| 12G | | | | | Image from Exhibit 12 – "DSC3222" |
| 12H | | | | | Image from Exhibit 12 – "DSC3223" |
| 12I | | | | | Image from Exhibit 12 – "DSC3225" |
| 12J | | | | | Image from Exhibit 12 – "DSC3227" |
| 12K | | | | | Image from Exhibit 12 – "DSC3228" |
| 13 | | | | | Sony DVD-R digital title "July 10, 2014 nude" |
| 13A | | | | | Image from Exhibit 13 – "OEHifoRc7q" |
| 13B | | | | | Image from Exhibit 13- "161_133_2028798891" |
| 13C | | | | | Image from Exhibit 13- "220" |
| 13D | | | | | Image from Exhibit 13 – "330_thumb_thumb" |
| 13E | | | | | Image from Exhibit 13 – "373_thumb_thumb" |
| 13F | | | | | Image from Exhibit 13 – "butt n pussy" |
| 13G | | | | | Image from Exhibit 13 – "image665FR9Q4" |
| 13H | | | | | Image from Exhibit 13 – "z996" |
| 13I | | | | | Image from Exhibit 13 – "Andrew Teotim C @ Seoul Station" |
| 13J | | | | | Image from Exhibit 13 – "in subway w kids" |
| 13K | | | | | Image from Exhibit 13 – "Andrew T in Korea" |
| 14 | | | | | Sony DVD-R labeled "2014 Copies pics" |
| 14A | | | | | Image from Exhibit 14 – "02 02" |
| 14B | | | | | Image from Exhibit 14 – "3_4" |
| 14C | | | | | Image from Exhibit 14 – "06 more Mika" |
| 14D | | | | | Image from Exhibit 14 – "10 Marine 8" |
| 14E | | | | | Image from Exhibit 14 – "01 Alina 9 questionable" |
| 14F | | | | | Image from Exhibit 14 – "02 nude" |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.                    Page 3 of 6   Pages

| | | | | | |
|---|---|---|---|---|---|
| 14G | | | | | Image from Exhibit 14 – "07 little n" |
| 14H | | | | | Image from Exhibit 14 – "1_ 1-1" |
| 14I | | | | | Image from Exhibit 14 – "2-9" |
| 14J | | | | | Image from Exhibit 14 – "05 05" |
| 14K | | | | | Image from Exhibit 14 – "08 Olya w mother" |
| 14L | | | | | Image from Exhibit 14 – "05 Oliya 9 q" |
| 14M | | | | | Image from Exhibit 14 – "11 n 11n" |
| 15 | | | | | Sony DVD-R labeled "2014 Home + Internet" |
| 15A | | | | | Image from Exhibit 15 – "7 preteen 11" |
| 15B | | | | | Image from Exhibit 15 – "7ce18da81a" |
| 15C | | | | | Image from Exhibit 15 – "14 touching" |
| 15D | | | | | Image from Exhibit 15 – "0029" |
| 15E | | | | | Image from Exhibit 15 – "953d34ffa95f4c1727f574f3833b62cb" |
| 15F | | | | | Image from Exhibit 15 – "7295" |
| 15G | | | | | Image from Exhibit 15 – "imageU3HT5E7B" |
| 15H | | | | | Image from Exhibit 15 – "name1skirt up" |
| 15I | | | | | Image from Exhibit 15 – "up1" |
| 15J | | | | | Image from Exhibit 15 – "2 tie up" |
| 16 | | | | | Sony DVD-R labeled "T[ ] +T[ ] C [ ] Korea 2007"[1] |
| 16A | | | | | Thumbnail view of Images from Exhibit 16 |
| 16B | | | | | Thumbnail view of Images from Exhibit 16 |
| 17 | | | | | Sony DVD-R labeled "not full" |
| 17A | | | | | Image from Exhibit 17 – "06bf90dd3fbfec41" |
| 17B | | | | | Image from Exhibit 17 – "DSC02689" |
| 17C | | | | | Image from Exhibit 17 – "DSC02691" |
| 17D | | | | | Image from Exhibit 17 – "DSC02692" |
| 17E | | | | | Image from Exhibit 17 – "DSC02693" |
| 17F | | | | | Image from Exhibit 17 – "DSC02694" |
| 17G | | | | | Image from Exhibit 17 – "DSC02695" |
| 17H | | | | | Image from Exhibit 17 – "DSC02697" |
| 17I | | | | | Image from Exhibit 17 – "DSC02746" |
| 17J | | | | | Image from Exhibit 17 – "DSC02747" |

---

[1] Minor Victims 2 and 3, names redacted to protect their privacy. 18 U.S.C. § 3509(d)

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.     Page 4 of  6   Pages

| | | | | | |
|---|---|---|---|---|---|
| 18A | | | | | Photograph DSC_0003 taken during search of 113 Crescent Lane, Cabery, Illinois on December 3, 2016 |
| 18B | | | | | Photograph DSC_0011 taken during search of 113 Crescent Lane, Cabery, Illinois on December 3, 2016 |
| 18C | | | | | Photograph DSC_0134 taken during search of 113 Crescent Lane, Cabery, Illinois on December 3, 2016 |
| 18D | | | | | Photograph DSC_0025 taken during search of 113 Crescent Lane, Cabery, Illinois on December 3, 2016 |
| 18E | | | | | Photograph DSC_0050 taken during search of 113 Crescent Lane, Cabery, Illinois on December 3, 2016 |
| 18F | | | | | Photograph DSC_0051 taken during search of 113 Crescent Lane, Cabery, Illinois on December 3, 2016 |
| 18G | | | | | Photograph DSC_0052 taken during search of 113 Crescent Lane, Cabery, Illinois on December 3, 2016 |
| 18H | | | | | Photograph DSC_0056 taken during search of 113 Crescent Lane, Cabery, Illinois on December 3, 2016 |
| 18I | | | | | Photograph DSC_0024 taken during search of 113 Crescent Lane, Cabery, Illinois on December 3, 2016 |
| 18J | | | | | Photograph DSC_0065 taken during search of 113 Crescent Lane, Cabery, Illinois on December 3, 2016 |
| 18K | | | | | Photograph DSC_0093 taken during search of 113 Crescent Lane, Cabery, Illinois on December 3, 2016 |
| 18L | | | | | Photograph DSC_0060 taken during search of 113 Crescent Lane, Cabery, Illinois on December 3, 2016 |
| 18M | | | | | Photograph DSC_0075 taken during search of 113 Crescent Lane, Cabery, Illinois on December 3, 2016 |
| 18N | | | | | Photograph DSC_0079 taken during search of 113 Crescent Lane, Cabery, Illinois on December 3, 2016 |
| 18O | | | | | Photograph DSC_0063 taken during search of 113 Crescent Lane, Cabery, Illinois on December 3, 2016 |
| 18P | | | | | Photograph DSC_0078 taken during search of 113 Crescent Lane, Cabery, Illinois on December 3, 2016 |
| 18Q | | | | | Photograph DSC_0084 taken during search of 113 Crescent Lane, Cabery, Illinois on December 3, 2016 |
| 19 | | | | | Interview of Teotim Cizmar on December 3, 2016 |
| 19-Tr | | | | | Transcript of Interview of Teotim Cizmar on December 3, 2016 |
| 19A | | | | | Clip One from the Interview of Teotim Cizmar on December 3, 2016 |
| 19A-Tr | | | | | Transcript of Clip One from the Interview of Teotim Cizmar on December 3, 2016 |
| 19B | | | | | Clip Two from the Interview of Teotim Cizmar on December 3, 2016 |
| 19B-Tr | | | | | Transcript of Clip Two from the Interview of Teotim Cizmar on December 3, 2016 |
| 19C | | | | | Clip Three from the Interview of Teotim Cizmar on December 3, 2016 |
| 19C-Tr | | | | | Transcript of Clip Three from the Interview of Teotim Cizmar on December 3, 2016 |
| 19D | | | | | Clip Four from the Interview of Teotim Cizmar on December 3, 2016 |
| 19D-Tr | | | | | Transcript of Clip Four from the Interview of Teotim Cizmar on December 3, 2016 |
| 19E | | | | | Clip Five from the Interview of Teotim Cizmar on December 3, 2016 |
| 19E-Tr | | | | | Transcript of Clip Five from the Interview of Teotim Cizmar on December 3, 2016 |
| 19F | | | | | Clip Six from the Interview of Teotim Cizmar on December 3, 2016 |
| 19F-Tr | | | | | Transcript of Clip Six from the Interview of Teotim Cizmar on December 3, 2016 |
| 19G | | | | | Clip Seven from the Interview of Teotim Cizmar on December 3, 2016 |
| 19G-Tr | | | | | Transcript of Clip Seven from the Interview of Teotim Cizmar on December 3, 2016 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.                          Page 5 of  6   Pages

| | | | | | |
|---|---|---|---|---|---|
| 19H | | | | | Clip Eight from the Interview of Teotim Cizmar on December 3, 2016 |
| 19H-Tr | | | | | Transcript of Clip Eight from the Interview of Teotim Cizmar on December 3, 2016 |
| 19I | | | | | Clip Nine from the Interview of Teotim Cizmar on December 3, 2016 |
| 19I-Tr | | | | | Transcript of Clip Nine from the Interview of Teotim Cizmar on December 3, 2016 |
| 20A | | | | | Photo comparison chart 1 |
| 20B | | | | | Photo comparison chart 2 |
| 20C | | | | | Photo comparison chart 3 |
| 20D | | | | | Photo comparison chart 4 |
| 21 | | | | | Virtual Machine Screenshot of the HP Pavilion laptop's (QSI5) Desktop |
| 22 | | | | | Demonstrative Chart comparing file locations and Metadata |
| 23 | | | | | Hexadecimal comparison of Metadata |
| 24 | | | | | .THM file demonstrative |
| 25 | | | | | Curriculum Vitae – William O'Sullivan |
| 26A | | | | | Stipulation #1: Place of Manufacture |
| 26B | | | | | Stipulation #2: Search Warrant |
| 26C | | | | | Stipulation #3: Minor Victim 2 and Minor Victim 3 |
| 26D | | | | | Stipulation #4: Identified Series |
| 27A | | | | | Favorites on HP Pavilion laptop |
| 27B | | | | | Favorites on HP Pavilion laptop |
| 27C | | | | | Favorites on HP Pavilion laptop |
| 28 | | | | | Favorites on HP Pavilion laptop – Yahoo search |
| 29A | | | | | Burn Folder on HP Pavilion laptop |
| 29B | | | | | Burn Folder on HP Pavilion laptop |
| 30 | | | | | Circular Canvas Bag containing Exhibits 12, 13, 14, 15, 16, 17 |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.  Page 6 of 6  Pages

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system under seal, and sent a copy by electronic mail to counsel of record.

*s/Elly M. Peirson*
Elly M. Peirson, IL Bar No. 6298075
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Telephone: (217) 373-5875
elly.peirson@usdoj.gov