

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex - Tucson*

*United States Penitentiary*

---

9300 South Wilmot Road
Tucson, AZ  85706

June 30, 2020

**FILED**

JUL - 6 2020

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Hon. Sara L. Darrow
218 U.S Courthouse
201 S. Vine St.
Urbana, IL 61802

RE:  Cizmar, Teotim
     Register. No.: 21797-026
     Docket No.: 0753 2:16CR20080-001

Dear Judge Darrow:

I regret to inform you that Mr. Teotim Cizmar died on June 30, 2020.

Mr. Cizmar was sentenced in the Central District of Illinois.  He was given a 140 year sentence Sexual Exploitation of a Child and Possession of Child Pornography.  He was 81 years old at the time of his death.

If you have any further questions, please do not hesitate to contact me.

Sincerely,

B. Von Blanckensee
Complex Warden

cc:   T. Ray Hinkle, Acting Regional Director
      Western Regional Office